UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRIMERICA LIFE INSURANCE CO.,

  Plaintiff,

  v.                          Case No. 8:22-cv-1628-KKM-TGW

LOPEZ-LANUZA, et al.,

  Defendant.
_____

### ORDER

Plaintiff notified the Court that the parties settled this case. (Doc. 10.) Accordingly, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. *See* Local Rule 3.09(b). Within 30 days of this order, the parties may submit a stipulated judgment or move to reopen this action. *See id.*; FED. R. CIV. P. 59(e), 60(b). After that 30-day period, dismissal shall be **WITH PREJUDICE**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Tampa, Florida, on September 19, 2022.

Kathryn Kimball Mizelle
United States District Judge